# UNITED STATES DISTRICT COURT

for the

**EASTERN DISTRICT OF WISCONSIN**

In the Matter of the Seizure of

(Address or brief description of property or premises to be seized)

ONE BLUE 1965 FORD MUSTANG GT350          Case Number: 23-1823M(NJ)
BEARING VEHICLE IDENTIFICATION NUMBER
(VIN) 5RO7A153281

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

TO:    **SEAN CARLSON, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and any Authorized Officer of the United States**.

An application by a federal law enforcement officer or an attorney for the government requests that certain property be seized as being subject to forfeiture to the United States of America. The property is described as follows:

One blue 1965 Ford Mustang GT350 bearing vehicle identification number (VIN) 5RO7A153281

I find that the affidavit and any recorded testimony establish probable cause to seize the property.

   **YOU ARE HEREBY COMMANDED** to search on or before   10/31/2023            , 2023

                                              *(not to exceed 14 days)*

          xx❑    in the daytime – 6:00 a.m. to 10:00 p.m.    ❑ at any time in the day or night, as I reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge Nancy Joseph.

       ❑ I find that immediate notification may have an adverse result listed in 18 U.S.C. §2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person, who, or whose property, will be searched or seized *(check the appropriate box)*   ❑ for _____ days. *(not to exceed 30)*

                       ❑ until, the facts justifying, the later specific date of _____

Date and time issued _____, 2023;     2:53p.m.
10/17

                                      *Judge's signature*

City and state: <u>Milwaukee, Wisconsin</u>

            THE HONORABLE NANCY JOSEPH
            United States Magistrate Judge
            *Name & Title of Judicial Officer*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Inventory of the property taken:

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

## EASTERN DISTRICT OF WISCONSIN

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

ONE BLUE 1965 FORD MUSTANG GT350            Case Number:23-1823M(NJ)
BEARING VEHICLE IDENTIFICATION NUMBER
(VIN) 5RO7A153281

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, Sean Carlson, being duly sworn depose and say:

I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and have reason to believe that in the Central District of California there is now certain property, namely one blue 1965 Ford Mustang GT350 bearing vehicle identification number (VIN) 5RO7A153281, that is criminally and civilly forfeitable under 21 U.S.C. §§ 853(a) and 881(a)(6), respectively, as property that constitutes proceeds of trafficking in controlled substances in violation of 21 U.S.C. § 841(a)(1), and which property is therefore also subject to seizure for purposes of civil forfeiture under 18 U.S.C. § 981(b) and 21 U.S.C. § 881(b) and for purposes of criminal forfeiture under 21 U.S.C. § 853(f).

The application is based on these facts:

> ✓ Continued on the attached sheet.
> ❑ Delayed notice of _____ days (give exact ending date if more than 30 days:_____ is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Signature of Affiant

Sean Carlson, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and email.

10/17/2023
_____

at Milwaukee, Wisconsin
City and State

Nancy Joseph, U.S. Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEIZURE WARRANT

## I. BACKGROUND, TRAINING & EXPERIENCE

1. The Affiant is a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been so employed since November 2015 and I am currently assigned to the Milwaukee Field Office. Prior to my employment at ATF, I was a Patrol Officer at the Hammond Police Department in Hammond, Indiana for over four (4) years.

2. As a Special Agent, I have participated in the investigation of firearms and narcotics-related offenses, resulting in the prosecution and conviction of numerous individuals and the seizure of illegal drugs, and weapons. As a firearms investigator, I have interviewed many individuals involved in firearm and drug trafficking and have obtained information from them regarding acquisition, sale, importation, manufacture, and distribution of controlled substances. Through my training and experience, I am familiar with the actions, habits, traits, methods, and terminology utilized by the traffickers and abusers of controlled substances. I have participated in all aspects of drug investigations, including physical surveillance, execution of search warrants, undercover transactions, analysis of phone and financial records, and arrests of numerous drug traffickers. Furthermore, I have attended training courses which specialized in the investigation of narcotics trafficking and money laundering. Through these investigations, my training and experience, and conversations with other law enforcement personnel, I have become familiar with the methods used by drug traffickers to manufacture, smuggle,

1

safeguard, and distribute narcotics, and to collect and launder trafficking-derived proceeds. Through training and experience, I have performed countless hours of physical and digital surveillance and am aware that suspects will often take evasive action or employ methods to attempt to inhibit law enforcement's attempt to detect and monitor their illegal activities.

3.     Through training, experience, and discussions with other experienced agents:

4.     I have learned about the manner in which individuals and organizations distribute controlled substances in Wisconsin as well as in other areas of the United States.

5.     I am familiar with the appearance and street names of various drugs, including marijuana, heroin, cocaine, and crack cocaine. I am familiar with the methods used by drug dealers to package and prepare controlled substances for sale. I know the street values of different quantities of the various controlled substances.

6.     I am familiar with the coded language utilized over the telephone to discuss drug trafficking and know that the language is often limited, guarded, and coded. I also know the various code names used to describe controlled substances.

7.     I know drug dealers often put telephones in the names of others (nominees) or obtain pre-paid cellular telephones from companies where no subscriber name or address is required to distance themselves from telephones that they use to facilitate drug distribution.  Because drug traffickers go through many telephone numbers, they often do not pay final bills when they are done using a

2

telephone number and then are unable to put another line in the name of that subscriber; I also know that drug dealers tend to frequently change phone numbers in an attempt to avoid law enforcement detection.

8.      I know large-scale drug traffickers must maintain on-hand, large amounts of U.S. currency to maintain and finance their ongoing drug business.

9.      I know it is common for drug traffickers to maintain books, records, receipts, notes, ledgers, airline tickets, receipts relating to the purchase of financial instruments, and/or the transfer of funds and other papers relating to the transportation, ordering, sale, and distribution of controlled substances. That the aforementioned books, records, receipts, notes, ledgers, etc., are maintained where the traffickers have ready access to them.

10.     I know it is common for large-scale drug traffickers to secrete contraband, proceeds of drug sales, and records of drug transactions in secure locations within their residences, their businesses, and/or other locations over which they maintain dominion and control, for ready access and to conceal these items from law enforcement authorities or rival drug traffickers. These secure locations include, but are not limited to safes, briefcases, purses, locked filing cabinets, and hidden storage areas in natural voids of a residence.

11.     I know it is common for persons involved in large-scale drug trafficking to maintain evidence pertaining to their obtaining, secreting, transferring, concealing and/or expenditure of drug proceeds, such as currency, financial instruments, precious metals and gemstones, jewelry, books, records of real estate

3

transactions, bank statements and records, passbooks, money drafts, letters of credit, money orders, bank drafts, cashier's checks, bank checks, safe deposit box keys, and money wrappers. These items are maintained by the traffickers within residences (including attached and unattached garages), businesses or other locations over which they maintain dominion and control.

12.     I know large-scale drug traffickers often use electronic equipment such as telephones (land-lines and cell phones), computers and/or other electronic devices, currency counting machines, and telephone answering machines/voicemail to generate, transfer, count, record and/or store the information described in the items above, as well as to conduct drug trafficking activities.

13.     I know that drug traffickers often use social media accounts to further their drug trafficking and money laundering activities.

14.     I know when drug traffickers amass large proceeds from the sale of drugs, the drug traffickers attempt to legitimize these profits through money laundering activities. To accomplish these goals, drug traffickers utilize the following methods, including, but not limited to: domestic and international banks and their attendant services, securities brokers, professionals such as attorneys and accountants, casinos, real estate, shell corporations and business fronts, and otherwise legitimate businesses that generate large quantities of currency.

15.     I know drug traffickers commonly maintain addresses or telephone numbers in books, papers or electronically that reflect names, addresses, and/or telephone numbers of their associates in the trafficking organization.

16.     I am personally involved in the investigation of the offenses discussed in this affidavit and I am familiar with all aspects of this investigation. The statements contained in this affidavit are based on my knowledge and, in part, information provided by LEOs, including   (a) my personal knowledge and observations derived from participation in this investigation; (b) review of oral and written reports that I have received directly or indirectly from other law enforcement officers about this and other drug-trafficking investigations; (c) discussions I personally had concerning this investigation with other experienced drug-trafficking investigators; (d) physical surveillance by the DEA, ATF , and North Central HIDTA, the results of which have been reported to me directly or indirectly; (e) public records; (f) review of telephone toll records, pen register and trap and trace information, and telephone subscriber information; (g) information provided by confidential sources working for local law enforcement officers, the DEA and North Central HIDTA; (h) review of driver's license and automobile registration records; (i) records obtained from law enforcement databases; (j) my training and experience as an ATF Special Agent; and (k) the training and experience of other law enforcement officers involved in this investigation; (l) United States Postal service records; and, (m) and the public portion of the Target Subjects' social media accounts.

17.     Throughout this affidavit, reference will be made to case agents. Case agents are those federal, state, and local law enforcement officers who have directly participated in this investigation, and with whom your Affiant has had regular contact regarding this investigation. This affidavit is intended to show merely that

there is sufficient probable cause for the requested warrants and does not set forth

all of my knowledge about this matter.

## II. PURPOSE OF AFFIDAVIT

1.    I submit this affidavit in support of an application for a seizure warrant for one blue 1965 Ford Mustang GT350, bearing vehicle identification number 5RO7A153281 (the "Ford Mustang").

2.    Based on the facts and circumstances set forth below, I submit that there exists probable cause to believe that the Ford Mustang constitutes proceeds of trafficking in controlled substances in violation of 21 U.S.C. § 841(a)(1), and therefore is:

      a.    Subject to criminal and civil forfeiture under 21 U.S.C. §§ 853(a) and 881(a)(6), respectively; and

      b.    Subject to seizure for purposes of civil forfeiture under 18 U.S.C. § 981(b) and 21 U.S.C. § 881(b) and for purposes of criminal forfeiture under 21 U.S.C. § 853(f).

## III. PROBABLE CAUSE

### A. Background

1. Since at least 2019, narcotics investigators in southeastern Wisconsin have identified Samuel A. MOORE as a large-scale drug trafficker. For example, in 2019 a confidential source (CS) provided information that MOORE was selling large amounts of marijuana in the Milwaukee, Wisconsin area. Thereafter, case agents identified Daniel ARROYO as one of MOORE's co-conspirators.

2. In December of 2020, investigators observed MOORE post a photo on his Instagram "imsam - ID 1637476506" depicting MOORE and ARROYO with a listed location of Miami, Florida. Then, on March 14, 2021, electronic surveillance put Samuel A Moore's Cadillac Escalade CVY7433, at 5423 Garden Grove Ave, Tarzana, California. While at the residence, Moore posted a video to the Instagram account "imsam." The video depicts a subject holding a large amount of US currency standing by a distinct looking in-ground pool, with a high white privacy fence with the text "Cali plays hit different... tap in LA." Open-source aerial view show the pool and fence depicted in the video in the back yard of 5423 Garden Grove Ave, Tarzana, California. Based on their training and experience, and the investigation to date, case agents believe that the currency MOORE is holding is drug proceeds.

6

3.  According to USPS records, on April 22, 2021, a package bearing tracking number EJ699199011US was mailed from Tarzana, California, 91356 to "Danny ARROYO," 737 W. Washington Blvd, Chicago, IL 60661, Unit 3006 with a return address of Santiago Martinez, 5421 Garden Grove, Tarzana, CA 91356. The parcel had $360.25 in postage, measured approximately 24 inches by 17 inches by 15 inches, and weighed approximately 54 pounds and 14 ounces.  The return address 5421 Garden Grove, Tarzana, California is a fictitious address, but closely resembles MOORE's address, 5423 Garden Grove Avenue.  On April 26, 2021, USPIS Thomas Lynch obtained a federal search warrant for the USPS mail package bearing tracking number EJ699199011US.  The parcel was found to contain ten 10 one-pound boxes of THC wax with a gross weight of 28,400 grams. Based on their training and experience, and the investigation to date, case agents believe that MOORE and Arroyo sent the THC package to ARROYO in Chicago.

4.  On April 23, 2021, members of DEA Chicago intercepted a package bearing tracking number "EJ699199011US," addressed to Daniel ARROYO at 737 West Washington Boulevard #3006 Chicago, IL.  The tracking number was related by USPS records to DANIEL ARROYO, 5423 W Garden Grove, CA, dARROYO2826@gmail.com, 630-453-3515. Case agents attempted to make contact with the resident(s) of that apartment with negative results. On April 26, 2021, members of Group 38 obtained and executed a search warrant on the parcel and found it contained approximately 28,400 grams (62.48 pounds) of THC wax.  Based on their training and experience, and the investigation to date, case agents believe that MOORE and Arroyo sent the THC package to ARROYO in Chicago.

B. Information from SOI about MOORE and ARROYO's drug trafficking activities.

1. On September 9, 2021, case agents interviewed a Source of Information (SOI). The SOI stated s/he has known Danny ARROYO for 7-8 years. The SOI stated s/he met Danny at a club. The SOI stated s/he has bought THC wax, 5-10 pounds of marijuana at a time and (Codeine) cough syrup from Danny in the past. The SOI stated s/he bought from Danny on a daily/weekly basis. The SOI stated Danny does multiple 100-pound deals in the Chicago area.  The SOI stated Danny's cousin is "Rico," real name, Sergio Camilo, who is a big drug time dealer in Los Angeles, CA.

2.  The SOI stated Danny was busted awhile ago on state street in Chicago with "a lot of shit." The SOI stated if you "google" it, you will see. A google search revealed; http://www.dailyherald.com/news/20170713/chicago-man-arrested-on-drug-charges-by-local-narcotics-task-force. *Members of the Illinois State Police North Central Narcotics Task Force -- formed in 2014 with officers from Schaumburg, Arlington Heights and Hanover Park -- arrested a Chicago man and recovered 33 pounds of marijuana, 822 ecstasy pills and other drugs with a combined street value of more than $320,000. Daniel ARROYO, 23, of the 1000 block of S. State Street, faces drug*

*charges stemming from the search Wednesday afternoon, said Cook County Assistant State's Attorney Alyssa Grissom. Officers recovered marijuana with a street value of $299,680, ecstasy pills valued at $16,440 and other drugs valued at $3,900, along with digital scales, drug packaging materials and $964, Grissom said. ARROYO was ordered held on $400,000 bail. He next appears in court on Aug. 10.*

3. The SOI stated Danny ARROYO walked away from the arrest, flew to California and bought a house with a pool. The SOI stated Danny had to be snitching because he got away with that drug case. The SOI stated Danny paid BIG money to get off "blacklist." The SOI stated Danny bought a house and they both live there. The SOI positively identified a photograph of DANIEL A ARROYO.

4. The SOI stated Danny works with Sam MOORE selling drugs. The SOI stated s/he has known MOORE for about two years. The SOI stated Sam Moore and Danny ARROYO are partners in "The Cali Cartel" and sell weed together. The SOI stated that MOORE lives at "Circa LA" in downtown Los Angeles, CA. The SOI stated MOORE "sells (marijuana)" from this residence and has "armed" security there. The SOI stated that MOORE has been dropping his Instagram and Snapchat accounts. The SOI stated that MOORE's current Instagram in imsam448.

5. The SOI stated that MOORE and ARROYO bought a marijuana grow together. The SOI stated they paid $360,000 for the grow in California. The SOI stated Sam Moore was robbed in Los Angeles, CA . MOORE was at "Poppe" night club in LA. 2-3 unknown black males chased and shot at Sam Moore. Sam MOORE crashed a Bentley SUV and the unknown black males approached and stole his Rolex watch and two gold and diamond necklace's. The SOI stated MOORE once traded 72 pounds of marijuana for several high-end glass bongs.

6. The SOI stated "The Cali Cartel" drives the drugs in cars from California. The SOI stated they have numerous drivers for the drug loads. The SOI stated the vehicles are "PACKED FULL." The SOI stated they will also mail drugs if they have a smaller order or if you have bought from them before. The SOI stated they will fly cash back to LA on flights.

7. The SOI stated one of MOORE and ARROYO's suppliers in California is "amigofarms" (Instagram). The owner is a Hispanic male that lives on Malibu beach in California. The SOI stated s/he saw MOORE with a green, Glock pistol one time. The SOI stated Sam and Danny market themselves as the distributor for "Percy Diamonds" brand THC concentrates. The SOI stated they have the cheapest prices (for drugs) anywhere.

8

### C. ARROYO Robberies in Chicago.

1.  On December 6, 2021, ARROYO's Chicago residence at 1959 W Superior St, #3, Chicago, IL, 60622 was burglarized. Upon responding to the call, law enforcement recovered approximately 51 pounds of marijuana and THC products along with one firearm from the residence. According to ATF records, the recovered firearm was purchased in Menomonee Falls Wisconsin on November 10, 2019, by Myron Menyfield, 6463 N 105th St, Milwaukee, Wisconsin.

2.  On February 11, 2022, ARROYO was the victim of an armed robbery. The complaint stated an unknown male produced a handgun and took ARROYO's luggage as he was leaving Trump International Hotel & Tower Chicago and then fled in a silver and black Mercedes. According to the report, ARROYO left the scene before police arrived. According to court-authorized location data, ARROYO's cell phone (630-453-3515) was in the area of 401 N Wabash Ave, Chicago, Illinois during the armed robbery. The electronic surveillance showed ARROYO's phone leave the area of 401 N Wabash Ave, go to the airport, then arrive later in the day at Los Angeles International Airport.

### D. Surveillance of Marijuana Grow in Tehachapi, California.

1.  On 06/03/2022, law enforcement conducted surveillance of 23200 Grimsel Drive, Tehachapi, California, which is ARROYO's marijuana grow. According to California agents, there was a large, man-made dirt berm and large black barricade (fence) off of Grimsel drive that was obscuring the view of the property. However, law enforcement could see the marijuana grow tents, buildings and a Black, 2017, Dodge Ram, 3500 truck.

2.  ARROYO provided a valid, color photo, California driver's license and up to date insurance for the Black, 2017, Dodge Ram, 3500 truck, VIN: 3C63RRHLXHG690859. ARROYO was released with a verbal warning. It should be noted electronic surveillance placed ARROYO's cell phone in this area, at this time. Case agents then observed ARROYO's phone return to the area of 4224 Mammoth Ave, Sherman Oaks, California.

### E. Mammoth Avenue Warrant and Arrest of ARROYO

1.  On July 13, 2022, Daniel A. ARROYO was taken into custody pursuant to a search warrant being executed at 4224 Mammoth Ave, Sherman Oaks, California. During the detention Deputy Williams recovered a black loaded 9 mm semi automatic handgun from Mr. ARROYO's waistband.

2.  Case agents proceeded to 4224 Mammoth Avenue, Sherman Oaks, California 91423 to make entry to the residence. Along with assisting Detectives, I, Detective

Lozano recovered 1,093.8 pounds of THC (marijuana, wax and vape carts), 6 pistols, 2 AR-15, 1,200 round of ammunition, and approximately $150,000.00 worth of jewelry.

3. A safe in the residence contained numerous firearms and magazines, large amounts of ammunition and jewelry. A black "Springfield Armory" 1911, 45 caliber semi-auto handgun (Serial number t# NM584713) with two magazines with seven live rounds   A silver "Kimber" 1911, 45 caliber semi-auto handgun (Serial number# K732635} with one magazine with six live rounds, A black "Springfield" 1911Operator, 10mm semi-auto handgun {Serial number# NM528806) with two magazines, A black "Mosseberg" 5.56mm semi-auto tactical rifle (Serial number #MMR0266), A black "Ghost firearms" GF-15, 5.56mm semi-auto tactical rifle (Serial number #GF00203), A black/silver "Smith & Wesson", 9mm semi-auto handgun (Serial number# FCE3742) with a loaded magazine with 14 live rounds.

4. During the search of the residence, the keys to the Black, 2017, Dodge Ram, 3500 truck, VIN: 3C63RRHLXHG690859 with Illinois license plate #3120093 registered to Daniel ARROYO were located. Detective Lozano recovered: A black Polymer 80 ghost semi-auto 9mm handgun with a high-capacity magazine with 17 live rounds from the vehicle.

5. A check of the firearms' serial numbers revealed the black "Springfield" 1911 Operator, 10mm semi-auto handgun (Serial number# NM528806) was reported stolen out of Whiteside County Sheriff's Office, Sterling Police Department since January 17, 2021, under report #2021-65). Additionally, the black/silver "Smith & Wesson", 9mm semi-auto handgun (Serial number# FCE3742) was reported stolen out of Clarksdale PO since July 27, 2020.

### F. Identification of ARROYO's Blue, 1965, Ford Mustang, GT350, VIN: 5RO7A153281.

1. According to documents recovered during the Mammoth Avenue Search Warrant, ARROYO is the registered agent for Cali Exotic Rentals, LLC. Also recovered during the search warrants were records related to a **Blue, 1965, Ford Mustang, GT350, VIN: 5RO7A153281,** including an invoice for Certified Collision Craft, 4330 Woodman Avenue, Sherman Oaks, California, to restore the vehicle, which reveals a $5,000 deposit already paid, and a State of California certificate of title. As discussed below, ARROYO later told case agents that he accepted the **Blue 1965, Ford Mustang, GT350, VIN: 5RO7A153281** as payment for drugs.

### G. Statement by Danielle Leonardi, ARROYO's girlfriend.

1. On July 13, 2022, Danielle Leonardi was taken into custody pursuant to a search warrant being executed at 4224 Mammoth Ave, Sherman Oaks, California. After being advised of and waiving her rights, Leonardi stated that she was upset at the beginning of the interview, stated she was fine. Det.Nagler introduced himself and showed Leonardi a color photo police identification. Leonardi stated she is 6 months pregnant. Leonardi stated she is not drunk or high at this time, not medical or mental problems. Leonardi stated she is a registered nurse. Leonardi stated she had broken up with Danny but they are back together. Leonardi stated she was living in Tarzan CA. (5423 graden grove) she had previously lived there with Danny. Leonardi stated the lease just ended because they are selling the house (5423). Leonardi stated they are in therapy right now because she doesn't want to be around anything like this (marijuana), has a baby on the way and doesn't want this sort of life (drug dealing).

2. Leonardi stated she has been to a farm up north owned by "Baller." Leonardi stated the Black, 2019, Mercedes AMG, SUV, VIN: WDC0G8JB7KF486732, Black, 2016, Porsche Macan, VIN: WP1AB2A55GLB45286 and Black, 2017, Dodge Ram, 3500 truck, VIN: 3C63RRHLXHG690859 are Danny's.

3. Leonardi stated Danny sells marijuana to his friends from Chicago and out in LA. Danny used to meet people to sell drugs at Circa (Circa LA) but he subleased that unit. Leonardi stated Danny told her there was no money in the residence (4224). Leonardi stated the money is with Danny's friends in Chicago. Leonardi stated Mateo and James are Danny's friend from school. Leonardi stated none of the guns are hers and she didn't know Danny was carrying a gun today.

4. Leonardi stated all the weed (Marijuana) in the residence (4224) just got there yesterday. Leonardi stated Danny sells weed (marijuana). Leonardi stated she hasn't worked full time since January (2022). Leonardi stated she doesn't sell drugs. When asked how Danny and her are living the lifestyle that they are, how can they afford it? Leonardi stated she isn't stupid and she knows Danny "has" weed (marijuana). Leonardi stated she has known Danny for 3 years. Leonardi stated she saw Danny has weed (marijuana) in the garage.

### H. ARROYO's Statement

1. On July 13, 2022, Daniel A. ARROYO was taken into custody pursuant to the search warrant executed at 4224 Mammoth Ave, Sherman Oaks, California. After being advised of and waiving his rights, ARROYO stated he has known Danielle (Leonardi) for 4 years, they met in Chicago. ARROYO stated they are not married and Danielle is 6 months pregnant. ARROYO stated he has been living with Danielle a couple months (at 4224 Mammoth Avenue). They lived together for about a year at

5423 garden grove in Tarzana CA. ARROYO stated he came to California 2-3 years ago. ARROYO stated he is from Chicago.

2. Regarding the residence at 4224 Mammoth Ave. Sherman Oaks CA. ARROYO stated Danielle doesn't do anything. ARROYO stated he does car rentals, he subleases them. ARROYO stated he has a company "Cali Exotic car rental." ARROYO stated he thinks he filed taxes for the company last year (2021). The Black, 2017, Dodge Ram, 3500 truck, VIN: 3C63RRHLXHG690859 is his work truck.

3. ARROYO stated he is a Felon for a case in Chicago for a 2017 case. ARROYO stated he was on probation for 2 1/2 years. ARROYO stated Danielle did not know he was carrying a gun today. ARROYO stated "I don't to anything wrong, I'm not a gang banger, I don't sell hard drugs, I don't none of that, I've been robbed, you obviously know what's going on (drug dealing), I have it (gun) to protect myself, I'm not robbing people". ARROYO stated "if its my life or somebody life I'm going to protect my family." ARROYO stated "I've had people put gps trackers on me, try to tie me up". Inv. Otte stated "Its just for protection" ARROYO nodded his head up and down and said "Ya."

4. ARROYO stated the only reason I have those (guns) "I go shooting with my friends at a range by Bakersfield, in Kern County". None of the guns were bought by Danielle. ARROYO stated none were bought from a store. Det. Lozano stated being a felon, you know you can't have those (guns), ARROYO stated "I know that, but I believe in the right to bear arms". ARROYO stated its not that big, 200 pounds at the house (4224), different strains. ARROYO didn't want to say where he got the ammo from but didn't buy it from the store. ARROYO stated the pills in the safe are his, they are vicodin, they were an old prescription of his from an old injury. ARROYO stated he had a pound of (Thc) wax or shatter "shatters."

5. ARROYO stated "I'm a partner in a legal farm in Sacramento, I invested money in it, I get product from it". ARROYO stated the product (THC) in house (4224) today he got from people. ARROYO stated the (THC) carts / vapes were from somewhere different, got from somebody he knows. ARROYO stated the product (THC) in house (4224) today "I get rid of it out here, Danielle doesn't deal with it."

6. ARROYO stated he sells pounds, not ounces of weed. ARROYO stated Rapper weed is about $5,000 a pound. ARROYO stated he had a pound of shatter (THC concentrate) in the house (4224), its about $1,000 a pound. (how much per pound?) all depends on the customer, everybody wants cheap shit $1,000 - $1,400 a pound. ARROYO stated "I broker it (THC), I know a bunch of people who sell it." ARROYO stated one of the Rolex (wrist watch) is 10K, the other one was 30K, got as an investment.

7. ARROYO stated the garage (4224) clippings were from a grow, trash, make oil from it make concentrates, make it in a lab. ARROYO stated "i get it for $5, i sell it for $10." ARROYO stated he would make 15K on the 200 pounds, 15k profit put $50 - $100 on a pound, gets it on credit, fronted, makes his money and pays for it.

8. ARROYO stated the guns are for protection and at the range. ARROYO had a 9mm on him today. ARROYO stated he was going to drop it off, I had jewelry on, I've been jacked, i had it for self-defense in case somebody tried robbing me. ARROYO stated I've been robed here in downtown LA, they tried to rob me and tie me up. ARROYO didn't call police, robbed him for 50 pounds of weed, fought them, it was a meet to sell the weed, had sold to them before. My buddy had his pistol, they took his gun and pointed it in Danny's face. they hit him with the gun they left with the gun and 50 pounds. ARROYO stated I always carry a gun, but my boy had his gun that day. ARROYO stated they took a diamond bracelet, it broke and I picked it up. ARROYO has been robbed a few times of weed. ARROYO stated he has got fake money before. ARROYO stated he has been jacked (robbed) for money and weed.

9. ARROYO stated he owes "The Armenian guys" $160,000.00 for the weed (marijuana) we took from his house (Mammoth Avenue) today. ARROYO stated "Sam is shady", Sam sells weed, Sam sells weed on instagram. Sam is from Wisconsin, Sam sells weed in Chicago, Madison and Milwaukee. Sam stays in downtown Chicago. ARROYO stated Sam has warehouse in south Chicago, Sam just got a semi truck load of product, 2 huge pallets (weed, carts, edibles). Sam posted it on instagram. Sam gets pallets of boxes (THC) on 18 wheelers to Chicago. Sam keeps at the warehouse and Sam has a (marijuana) grow there.

10. ARROYO got 3 of the guns from Sam, the 1911's in the safe, at the house (4224) ARROYO got from Sam in trade for weed. Sam knows people who go to gun shows. ARROYO stated the assault rifles came from Chicago, he traded some kid weed for the rifles. ARROYO stated somebody brought them out to LA for him. ARROYO stated he thinks the kids name is "Joe Alvarez".

11. ARROYO stated Sam asked him to help Sam get rid of weed, Sam is sloppy doing business. ARROYO stated the Wisconsin police are looking for Sam for a shooting. ARROYO stated Sam told him some black guys tried to rob Sam and they shot at each other. ARROYO stated, "Sam is a wild kid."

12. ARROYO stated Sam fucks with 2C, 2CE designer drug, Sam was in Columbia for month, designer drug 2CE like molly or ketamine, Sam selling it told ARROYO. Sam a people person gets friendly with locals in Columbia.

13. While reviewing pictures on the phone Det. Nagler asked ARROYO about a picture of a package sent to Wisconsin. ARROYO stated the box was sent to a kid in Oshkosh Wisconsin, it was 1 pound of distillate (THC concentrate).

13

14. ARROYO stated he drinks and sells promethazine (codeine) only once in awhile. ARROYO stated the cost depends on the color of the promethazine (codeine).

15. ARROYO stated the classic mustang is his, it's a **Blue 1965, Ford Mustang, GT350, VIN: 5RO7A153281**. ARROYO stated he traded 15 pounds of weed (marijuana) for it. ARROYO stated he has had it painted and fixed up. ARROYO stated he has traded marijuana for jewelry and cars before.

16. ARROYO stated he understands the search warrant "Ya", understand your rights "Ya". ARROYO stated the "Tehachapi" grow, some Mexican's he knows, they have 3 tents, 3 green houses, steel building had generator, dry (marijuana) plants, already chopped (marijuana) crop 2-3 weeks, there was 150 pounds. ARROYO got guy watching property, nothing there other than greenhouses. ARROYO stated the guys saw helicopters flying over the property 2-3 weeks ago. Javier is there on property watching the property, no dogs. ARROYO post on a "trap" snapchat, post videos of grow to get more customers. ARROYO got 50 pounds out of the 150 harvested. 250 plants in each tent. ARROYO was fronted the 50 pounds to sell it for them. ARROYO went up to get trim a couple days ago, ARROYO sells the trim for $10 a pound. ARROYO stated they had grows raided in Lancaster / Palm Dale CA., 2 spots. ARROYO stated some of the marijuana in the house (4224) we took today was from the Tehachapi grow. ARROYO got rid of 25 pounds of the 50, he sold it for $400 a pound.

## I. Search Warrant of the Tehachapi Property.

1. On July 14, 2022, at approximately 0750 hours, members of the Kern County California Sheriff's Office, Special Investigations Division, assisted by members of Fish and Wildlife executed a search warrant at 23200 Grimsel Dr. Tehachapi, CA. FIDEL VALENCIA was cited and released for cultivation of marijuana and maintaining a place for the purposes of drug sales. A total of 663 marijuana plants and 1 rifle were seized.

2. On July 14, 2022, after being advised of and waiving his rights, DANIEL ARROYO admitted to getting 1/3 of the harvested marijuana from this grow. ARROYO stated it was 50 pounds of processed marijuana. ARROYO stated they had seen helicopters flying around the property and harvested some of the plants. ARROYO stated currently, there should be 1 person and no dogs at 23200 Grimsel Dr. Tehachapi, CA.

3. While reviewing ARROYO's phones seized via a search warrant, case agents observed an image of an email from the prior property owner, Jerry Acker to "Dan." The email dated August, 23, 2022, advises "Dan" and "Sam" how to proceed with the propane service on the property at 23200 Grimsel Dr, Tehachapi, California and some

other advice about the property. There were also images on ARROYOs phone of a Residential service agreement from Suburban Propane in the name of DANIEL ARROYO, 5423 Garden Grove, Tarzana CA, 630-453-3515 for the address 23200 Grimsel Dr, Tehachapi, California. The documents are signed by Daniel ARROYO on April 13, 2022. Based on their training and experience, and the investigation to date, case agents believe that ARROYO is involved with the management and distribution of the marijuana from Tehachapi grow operation.

4. There were also numerous videos and images on ARROYO's phones of the property and marijuana grow at 23200 Grimsel Dr, Tehachapi, California on the phone. The video and images showed the progress of construction and landscaping for the start of the grow through the harvesting of marijuana at the grow. Video and images showing the different stages of growth of the marijuana plants as well. There are multiple GPS geo locations on multiple days in 2022 recovered from ARROYO's phones, placing ARROYO's phone on the property at 23200 Grimsel Dr, Tehachapi, California.

5. It should be noted Sam A Moore made several posts to Instagram imsam April 18, 2021, referencing the team purchasing a marijuana grow location at 23200 Grimsel Dr in Tehachapi, CA 93561. Detailed in ACISS 19-517/144.

6. It should be noted Sam A Moore made several posts to Instagram "imsam" May 5, 2021. Several videos at the 23200 Grimsel Dr, Tehachapi, CA, 93561 property with Sam Moore and his 2015 Cadillac Escalade in the video. Electronic surveillance placed Moore's phone in the area as well.

7. It should be noted Sam A Moore made a post to Instagram "imsam" June 30, 2021, stating they closed on their property after 3 months.

## J. Review of ARROYO's Financial Information.

1. Leonardi states she hasn't worked "full time" since January 2022. ARROYO stated his business is renting cars through "Cali Exotic rentals". Text messages reveal ARROYO receives payments for drugs via "Cali Exotic Rentals" and are drug customers are instructed to put "car rental' on the payment line.

2. ATF Financial Investigator Michael Zeihen reviewed the documents seized from Daniel ARROYO's residence located at 4224 Mammoth Avenue, Sherman Oaks, California (July 2022). That review produced the following categorization and summary of the records:

3. Probation documents regarding Daniel ARROYO's felony convictions in Cook County, Illinois re Case # 17CR129750 – PCS (Possession of Controlled Substances?) and Case # 17CR1297501 – (Domestic Violence?); Scheduled termination date of

15

probation: 07/22/2022. Document – Circuit Court of Cook County Probation documents in the name Danny ARROYO (01-24-2020) case 17CR1297501. **refrain from using drugs, possessing weapons and ammunition**.

4.   Cali Exotic Rentals, LLC: Articles of Organization: California Secretary of State Filed:  04/14/2021 Agent: Daniel ARROYO Address: 5423 Garden Grove Avenue, Tarzana, CA 91356 IRS Letter assigning EIN: 86-3310113, dated 04/16/2021 CitiBank Checking Account Records: Account Opening Confirmation for #2 0796 3190, dated January 4, 2022.

5.   Drug Notes / Ledgers: Multiple pages of handwritten drug distribution notes were seized.  These included the following: Drug distributor ledgers (amounts owed and paid by individuals); Drug-type inventories and prices; and Costs associated with leasing, in the nominee "Daniel Anselmo", and remodeling the warehouse at 2843 E. 11th Street, Los Angeles, California, based on the fact that the amounts on some of the seized invoices matched the amounts on the list.

6.   The ledgers reveal that ARROYO was fronting the drugs to some of his distributors. The ledgers reveal many of ARROYO's distributors were selling drugs in Los Angeles, California and Chicago, Illinois and some of ARROYO's distributors were dealing in hundreds of thousands of dollars.

### Blue 1965, Ford Mustang, GT350, VIN: 5RO7A153281

1.   On October 3, 2023, a check of the **Blue 1965, Ford Mustang, GT350, VIN: 5RO7A153281** revealed it was last registered in 2021 to JACOBS TODD MATTHEW, 15941 SKYTOP RD CITY: ENCINO ZIP#:91436 It should be noted that case agents recovered the original title during a search warrant on July 13 2022 at ARROYO's residence and case agents still possess the title on police inventory.

2.   On October 3, 2023, Det. Nagler was reviewing Danielle Leonardi's Instagram "@Danielleleoo". Det Nagler was viewing the public videos and posts. Det. Nagler viewed a photograph of the **Blue 1965, Ford Mustang, GT350, VIN: 5RO7A153281** with Arroyo's dog "Maple" seated in the vehicle.

16



Case agents believe that based on ARROYO's statement that he traded 15 pounds of marijuana for the Mustang, ARROYO's girlfriend and mother of his child statement that Arroyo owns the Mustang. Also the recovered receipts from Arroyos residence for fixing and painting the vehicle in Arroyo's name and address. The fact that agents recovered the original title for the Mustang in Arroyo's residence and the recent photograph posted of Arroyo's dog in the Mustang, case agents believe Arroyo is still in possession and the legal owner of the Mustang.

## IV. CONCLUSION

1.     Based on the foregoing, I submit that there exists probable cause to believe that the blue 1965 Ford Mustang GT350, bearing vehicle identification number 5RO7A153281, constitutes proceeds of trafficking in controlled substances in violation of 21 U.S.C. § 841(a)(1), and therefore is:

      a.     Subject to criminal and civil forfeiture under 21 U.S.C. §§ 853(a) and 881(a)(6), respectively; and

b.      Subject to seizure for purposes of civil forfeiture under 18 U.S.C. § 981(b) and 21 U.S.C. § 881(b) and for purposes of criminal forfeiture under 21 U.S.C. § 853(f).

18